SAMUEL GELLER, Respondent, v. ISABELLA A. WATTS and Another, Appellants.— Order modified by providing that the stay thereby granted is limited solely to restraining the defendants from requiring the service of a bill of particulars until twenty days after the examination before trial pursuant to the notice dated December 27, 1928, shall have been completed, with leave to the defendants to

move for modification of the stay in the event that the plaintiff does not proceed with diligence; and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.